IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01965-LTB-KLM

ATLANTIC RECORDING CORPORATION, a Delaware corporation;
CAPITOL RECORDS, INC., a Delaware corporation;
INTERSCOPE RECORDS, a California general partnership;
UMG RECORDINGS, INC., a Delaware corporation;
ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; and
ARISTA RECORDS LLC, a Delaware limited liability company,

      Plaintiffs,

v.

TREVOR HUTCHINS,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal With Prejudice (Doc 5 - filed February 13, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

Dated: February 14, 2008